
# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| RONALD LA COSS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTURE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　　　Defendant. | CV 10-63-GF-SEH<br><br>**ORDER** |

On August 30, 2011, United States Magistrate Keith Strong entered Findings and Recommendations[1] in this matter. No objections were filed. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 26.

Court will review Judge Strong's Findings and Recommendations for clear error.

I see no clear error in Judge Strong's Findings and Recommendations. Therefore, I adopt the Findings and Recommendations in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is GRANTED.

2. Defendant's Motion for Summary Judgment[3] is DENIED.

3. This case is REMANDED to the Commissioner of Social Security for an award of benefits.

DATED this 19th day of September, 2011.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 13.

[3] Docket No. 21.